STATE EX REL. BITTER ROOT VALLEY IRR. CO., RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

(No. 3,758.)

(Submitted September 21, 1915.   Decided October 18, 1915.)

[152 Pac. 747.]

(For syllabus, see *State ex rel. Bitter Root Valley Irr. Co.* v. *District Court, ante,* p. 305.)

Original application for writ of review by the State, on relation of the Bitter Root Valley Irrigation Company, against the District Court of the Fourth Judicial District in and for the County of Ravalli and the Judge thereof. Orders complained of annulled.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

The statement of facts in No. 3732, *ante,* p. 305, 152 Pac. 745, suffices in this proceeding. After the affidavit of disqualification

had been filed, Judge McCulloch presiding in the cause, on September 16, 1915, made an order approving the bond tendered by plaintiffs and a further order continuing in force a temporary restraining order. Upon the authority of *State ex rel. Bitter Root Valley Irr. Co.* v. *District Court, ante,* p. 305, 152 Pac. 745 (No. 3732), just decided, the orders above mentioned are annulled.

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SANNER concur.

Rehearing denied November 16, 1915.

